JEFFREY G. KNOWLES (SBN 129754)
ef-jgk@cpdb.com
CHRISTOPHER J. WIENER (SBN 280476)
ef-cjw@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663

Attorneys for Plaintiff
SOUNDEXCHANGE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUNDEXCHANGE, INC., a Delaware corporation. <br><br> Plaintiff, <br><br> v. <br><br> LIVEONE, INC., a Delaware corporation & SLACKER, INC., a Delaware corporation. <br><br> Defendants. | Case No. 2:22−cv−04410−AB−AFM <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint served: July 7, 2022 <br> Current response date: July 28, 2022 <br> New response date: August 18, 2022 |

Pursuant to Local Rule 8-3, Plaintiff SoundExchange, Inc. ("Plaintiff"), and Defendants LiveOne, Inc. and Slacker, Inc. ("Defendants") (collectively, the "Parties")[1] hereby stipulate as follows:

---

[1] Defendants have not yet appeared in this action. Pursuant to a conference among the Parties, Plaintiff agreed to file this Stipulation on behalf of all Parties.

013917.0004 4882-9062-0459.2                                1

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, on June 28, 2022, Plaintiff filed this Action against Defendants in this Court;

WHEREAS, on July 7, 2022, Plaintiff served the Summons and Complaint by personally delivering copies on Defendants' agents of process;

WHEREAS, pursuant to Federal Rule of Civil Procedure, Rule 12, Defendant's time to file a response to the Complaint is 21 days after service of Complaint and Summons, making the current deadline July 28, 2022;

WHEREAS, Defendants requested, and Plaintiff agrees, to grant Defendants additional time to respond to the Complaint,

NOW THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and agree that Defendant's time to respond to the Complaint in this action is extended by 21 days and shall now be due on August 18, 2022.

DATED: July 27, 2022          COBLENTZ PATCH DUFFY & BASS LLP

By: _____*/s/ Christopher J. Wiener*_____
CHRISTOPHER J. WIENER
Attorneys for Plaintiff
SOUNDEXCHANGE, INC.

DATED: July 27, 2022          FOLEY SHECHTER ABLOVATSKIY LLP

By: _____*/s/ Sasha Ablovatskiy*_____
SASHA ABLOVATSKIY
Attorneys for Defendants
LIVEONE, INC. and SLACKER, INC

013917.0004 4882-9062-0459.2

2

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 27, 2022            COBLENTZ PATCH DUFFY & BASS LLP

By:  */s/ Christopher J. Wiener*
     CHRISTOPHER J. WIENER
     Attorneys for Plaintiff
     SOUNDEXCHANGE, INC.