KESHER LAW GROUP, P.C.
 Jeffrey A. Katz (STATE BAR NO. 137246)
Jeffrey.katz@kesherlawgroup.com
1919 N. Heliotrope Dr.
Santa Ana, CA  92706
Telephone: (714) 296-8309

Attorneys for Defendants
LIVEONE, INC., and SLACKER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUNDEXCHANGE, INC., a Delaware corporation.<br><br>Plaintiff,<br><br>v.<br><br>LIVEONE, INC., a Delaware corporation & SLACKER, INC., a Delaware corporation.<br><br>Defendants. | CASE NO.  2:22-CV-04410-AB-AFM<br><br>**DEFENDANTS LIVEONE, INC., LIVEXLIVE, CORP., AND SLACKER, INC.'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING PURSUANT TO F.R.C.P. RULE 6(b)** |

NOW COMES Defendants LIVEONE, INC. ("LiveOne") and SLACKER, INC. ("Slacker") (collectively, the "Defendants"), and its attorney, and for this Motion for Extension of Time to File a Responsive Pleading to Plaintiff's Complaint Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, say:

1. Plaintiff SOUNDEXCHANGE, INC.'s Complaint arises from Defendants' alleged failure to make certain required statutory license payments;

2. Following the filing and service of the Complaint, Plaintiff and Defendants engaged in ongoing meaningful settlement negotiations with the expectation that a settlement would be

**MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

reached before Defendants' deadline for filing a responsive pleading.

3. The negotiations have proven to be complicated. There have been a number of offers, back and forth, and numerous emails, calls and discussions.

4. A final resolution appears promising but is not guaranteed. Defendants would like to remain focused on their pursuit of a negotiated resolution and forestall the filing

5. Plaintiff's counsel has represented to Defendants that Plaintiff will not oppose Defendants' seeking relief to file a late answer providing such relief is sought by end of day, September 8, 2022.

WHEREFORE, Defendants LIVEONE, INC. and SLACKER, INC. pray this court grant them up to and including September 29, 2022, to file their Response to Plaintiff's Complaint.

DATED: September 8, 2022         KESHER LAW GROUP, P.C.
                                 Jeffrey A. Katz


                                 /Jeffrey A. Katz/
                                 Attorneys for Defendants
                                 LIVEONE, INC., and SLACKER, INC.

- 2 -
**MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

# PROOF OF SERVICE

**STATE OF CALIFORNIA,**
**COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over 18 years of age and not a party to this action. My business address is 1919 N. Heliotrope Dr., Santa Ana, CA 92706.

On September 8, 2022, I served a copy of the document(s) listed below to be served to the address(es) and by the method of service described below as follows:

**DEFENDANTS LIVEONE, INC., LIVEXLIVE, CORP., and SLACKER, INC.'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING PURSUANT TO F.R.C.P.RULE 6(b)**

| | |
|---|---|
| JEFFREY G. KNOWLES<br>Ef-jgk@cpdb.com<br>CHRISTOPHER J. WIENER<br>Ef-cjw@cpdb.com<br>COBLENTZ PATCH DUFFY & BASS, LLP<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104-5500 | *Attorneys for Plaintiff*<br>SOUNDEXCHANGE, INC. |

**X**   **BY EMAIL.** I served the above documents via email transmission to each of the parties listed above to their listed email address and each of the parties have consented to accept electronic service.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on September 8, 2022, in Santa Ana, California.

_____
Jeffrey A. Katz

- 3 -
**MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**