JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUNDEXCHANGE, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>LIVEXLIVE MEDIA INC. &<br>SLACKER, INC.<br><br>    Defendants. | Case No. 2:22-cv-04410-AB-AFM<br><br>[PROPOSED] CONSENT JUDGMENT |

### CONSENT JUDGMENT

Plaintiff having filed an action for unpaid royalties against Defendants, the parties now request entry of this Judgment.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff SoundExchange, Inc. ("SX") is the sole entity designated by regulation in the United States to collect statutory license payments for digital audio transmissions of sound recordings and to distribute those payments to performing artists and copyright owners. Defendant Slacker, Inc. ("Slacker") is a user of the

Copyright Act's "statutory license" to make digital transmissions of sound recordings. Slacker is obligated to make payments to SoundExchange under the statutory license. Defendant LiveXLive Media Inc. ("LiveXLive") owns Slacker.

3.  Defendants have not made statutory license payments since approximately 2017. To cure this non-payment, Defendants shall pay to SX the sum of $ 9,765,396.70 , which represents an agreed amount of $9,644,527.10 minus $ 2,462,746.26 , which represents the amount that has already been paid by Defendants pursuant to the Royalty Payment Plan Agreement between the parties, plus $ 2,583,615.86 , which represents the amount of statutory license and/or other royalties Defendants failed to make following the parties' Royalty Payment Plan Agreement, plus associated and/or unpaid late fees. Therefore, judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $ 9,765,396.70 , plus interest from Oct. 12, 2022 .

4.  Defendants, their agents, affiliates, and subsidiaries, are permanently restrained and enjoined from using the Copyright Act's "statutory license" to make digital transmissions of sound recordings, found at 17 U.S.C. §§ 112(e) and 114 and related regulations. Notwithstanding the foregoing, nothing in this Order shall prohibit SX, copyright owners, and Defendants and/or their affiliates from negotiating and entering into a mutually agreeable license for Defendants and/or their affiliates to make digital transmissions of sound recordings.

5. SX shall be entitled to recovery of reasonable attorneys' fees and costs incurred in the course of seeking to recover the unpaid statutory license fees, which amount shall be determined by a motion filed after entry of this judgment.

6. This Court shall retain jurisdiction over this matter for enforcement of this Judgment.

Dated: _____October 13, 2022_____   _____
Hon. André Birotte Jr.
United States District Court Judge