# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUNDEXCHANGE, INC., a Delaware corporation.<br><br>Plaintiff,<br><br>v.<br><br>LIVEONE, INC., a Delaware corporation & SLACKER, INC., a Delaware corporation.<br><br>Defendants. | CASE NO. 2:22-CV-04410-AB-AFM<br><br>**ORDER ON DEFENDANTS'** *EX PARTE* **APPLICATION REQUIRING RESPONSE FROM PLAINTIFF** |

Before the Court is Defendants LiveOne, Inc. and Slacker, Inc.'s *ex parte* application to either (1) set aside the default and default judgment; or (2) shorten time to hear defendants' motion to set aside default and vacate the judgment and stay the consent order; and to convene a status and mandatory settlement conference (Dkt. No. 30). The Court **HEREBY ORDERS** Plaintiff SoundExchange, Inc. to file a response no later than **October 25, 2022**.

Dated: October 21, 2022

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE